## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MICHAEL HERNANDEZ-SANTANA,    :
    Plaintiff,    :
        :
v.    :      **CIVIL ACTION NO. 24-CV-6447**
        :
DR. PAUL LITTLE, *et al.*,    :
    Defendants.    :

## ORDER

AND NOW, this 17th day of June, 2026, upon consideration of Defendant Dr. Paul Little's Motion to Dismiss (ECF No. 38 ), Plaintiff Michael Hernandez-Santana's Response thereto (ECF No. 46), and Defendant's Reply thereon (ECF No. 48), it is **ORDERED** that:

1.    The Motion is **GRANTED IN PART** as to Hernandez-Santana's deliberate indifference claim based on the 67-day period between when he allegedly ingested metal and when he was sent to the hospital.  The Motion is **DENIED** as to the deliberate indifference claim asserting that Dr. Little failed to provide post-hospitalization treatment.

2.    Defendant Dr. Paul Little shall file a responsive pleading in accordance with Federal Rule of Civil Procedure 12(a)(4).

        **BY THE COURT:**

        **/s/ Gerald Austin McHugh**
        **GERALD A. MCHUGH, J.**